IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

   Plaintiff,   :   Case No. 3:08-cr-046

              District Judge Walter Herbert Rice
-vs-             Chief Magistrate Judge Michael R. Merz

             :

BEVERLY GARBER,

   Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

   The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 25, 2008, hereby ADOPTS said Report and Recommendations.

   It is therefore ORDERED that the Plea Agreement herein (Doc. No. 8) and Defendant's plea of guilty pursuant to that agreement be accepted.

June 26, 2008.                 _/s/ Walter Herbert Rice_
                         Walter Herbert Rice
                         United States District Judge